UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

DESIREE DESOUZA,

        Plaintiff,

   v.

DANIEL WALTON,

        Defendant.

Case No. 2:25-cv-00945

---

## COMPLAINT

---

NOW COMES Plaintiff Desiree DeSouza, by her attorneys, THE SULTON LAW FIRM LLC, by Attorney William F. Sulton, and files this complaint against Defendant Daniel Walton, a Milwaukee County sheriff's deputy.

## I. Introduction

1.    On June 21, 2025, Defendant Daniel Walton (a Milwaukee County sheriff's deputy) violently pushed Plaintiff Desiree DeSouza with a baton, grabbed her, threw her on the ground, and repeatedly slammed her and wrenched her arms causing severe pain and injuries to DeSouza's neck, back and right shoulder.

## II. The Parties

### A. The Plaintiff

2.    Plaintiff Desiree DeSouza ("DeSouza") is an adult residing in the Eastern District of Wisconsin.

### B. The Defendant

3.      At all times relevant to this complaint, Defendant Daniel Walton ("Deputy Walton") was a sheriff's deputy for Milwaukee County, Wisconsin.

4.      At all times relevant to this complaint, Deputy Walton was acting under color of law and within the scope of his employment as a sheriff's deputy for Milwaukee County.

## III.  Jurisdiction and Venue

5.      The Eastern District of Wisconsin has jurisdiction under 28 U.S.C. § 1331 and §§ 1343(a)(1), (3), and (4), as this complaint alleges violations of 42 U.S.C. § 1983 and the Fourth Amendment to the United States Constitution.

6.      Venue in the Eastern District of Wisconsin is proper under 28 U.S.C. § 1391(b)(2), as the events giving rise to this complaint occurred in the Eastern District of Wisconsin.

## IV.  The Facts

7.      On June 21, 2025, a boy and girl were arguing.

8.      Two Milwaukee County sheriff's deputies saw the arguing and decided to violently throw the boy and another boy to the ground.  Both deputies drew tasers and were threatening to tase the boys even though neither boy was resisting arrest.

9.      The girl who was involved in the argument attempted to speak with the deputies but was violently pushed away by a third sheriff's deputy.  The third

deputy drew a taser, threatening to use it, even though the girl was not being arrested.

10.     Deputy Walton was the fourth sheriff's deputy to arrive.

11.     As shown below, immediately upon arriving, Deputy took out a baton and threatened onlookers.



12.     As shown below, DeSouza, who comes from a law enforcement family, walked up to one of the boys on the ground and told him not to resist.  DeSouza was clearly afraid that the boys were about to be severely injured.



13.     As shown below, Deputy Walton violently pushed DeSouza with a baton.



14. At the time that Deputy Walton pushed DeSouza with the baton, DeSouza was not attempting to interfere with the arrests of the boys or the sheriff's deputies.

15. When Deputy Walton pushed DeSouza with the baton, it had the intended effect: DeSouza was moved backwards and off balance.

16. As shown below, as DeSouza was attempting to regain her footing, Deputy Walton violently grabbed DeSouza and threw her to ground.





17.     Deputy Walton slammed DeSouza on the ground multiple times before attempting to handcuff her.

18.     It is obvious that Deputy Walton repeatedly slammed DeSouza for the purpose of causing unnecessary pain and injuries.

19.     There was no reason for Deputy Walton to repeatedly slam DeSouza, as she was not resisting Deputy Walton.

20.     Deputy Walton wrenched DeSouza's arms multiple times before attempting to handcuff her.

21.     It is obvious that Deputy Walton repeatedly wrenched DeSouza's arms for the purpose of causing unnecessary pain and injuries.

22.     There was no reason for Deputy Walton to repeatedly wrench DeSouza's arms, as she was not resisting Deputy Walton.

23.     After violently slamming DeSouza and wrenching DeSouza's arms, Deputy Walton handcuffed DeSouza and placed her into a squad car.

24. There was no reason to arrest DeSouza, as she had not committed any crime or other offense.

25. The force that Deputy Walton decided to use was excessive and clearly unlawful under the circumstances.

26. As a direct result of Deputy Walton's misconduct, DeSouza suffered physical and emotional injuries, without limitation to severe injuries and damages to her neck, back and right shoulder.

## V. The Claims

27. DeSouza incorporates here all other paragraphs in this complaint.

28. Deputy Walton acted contrary to 42 U.S.C. § 1983 and the Fourth Amendment by violently pushing DeSouza with a baton.

29. Deputy Walton acted contrary to 42 U.S.C. § 1983 and the Fourth Amendment by violently grabbing and slamming DeSouza on the ground.

30. Deputy Walton acted contrary to 42 U.S.C. § 1983 and the Fourth Amendment by violently slamming DeSouza on the ground multiple times.

31. Deputy Walton acted contrary to 42 U.S.C. § 1983 and the Fourth Amendment by violently wrenching DeSouza's arms multiple times.

32. Deputy Walton acted contrary to 42 U.S.C. § 1983 and the Fourth Amendment by arresting DeSouza without probable cause.

33. As a direct result of Deputy Walton's misconduct, DeSouza suffered severe physical and emotional injuries.

## VI. Relief Requested

34. DeSouza respectfully requests that this court enter judgment for her and against Deputy Walton and award the following relief:

   a. An order awarding damages for past and future physical pain and suffering in an amount to be determined by a jury;

   b. An order awarding damages for past and future emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life in an amount to be determined by a jury;

   c. An order awarding punitive damages in an amount to be determined by a jury;

   d. An order awarding past and future lost wages and benefits;

   e. An order awarding past and future medical expenses;

   f. An order awarding taxable costs and disbursements;

   g. An order awarding attorney fees and expert fees; and

   h. An order awarding such other and further relief as deemed necessary and appropriate by the court.

## VII. Jury Demand

35. DeSouza hereby demands a trial by jury on all facts and damages stated herein.

Date: July 2, 2025.                    Respectfully submitted,

                                       */s/ William F. Sulton*
                                       WILLIAM F. SULTON

                                       THE SULTON LAW FIRM LLC
                                       2745 N. Dr. Martin Luther King Jr. Drive
                                       Suite 202
                                       Milwaukee, WI 53212
                                       414-307-4693 (direct)
                                       414-973-8844 (fax)
                                       william@sultonlaw.com

                                       *Counsel for Plaintiff*